[No. 8254–0–I. Division One. January 12, 1981.]

HENRY J. NOVAK, *Appellant, v.* THE CITY OF SEATTLE
BOARD OF ADJUSTMENT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 865799, Barbara Durham, J., entered

November 20, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Ringold, JJ.